UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 3:93-CR-58-3-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| LYNDELL L. THOMAS ) | |
| Defendant ) | |

This matter is before the court on defendant's 15 November 2010 motions for reconsideration of the court's 20 October 2010 order and for leave to appeal from that order *in forma pauperis*. Having fully considered both motions, the motion for reconsideration is DENIED, and the motion for leave to appeal *in forma pauperis* is GRANTED.

This 10 January 2011.

                                                W. Earl Britt
                                                Senior U.S. District Judge